**Order entered October 22, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00674-CR

### DAVID SCOTT KILGORE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-80638-2019**

## ORDER

Appellant filed his notice of appeal June 6, 2019, and one week later, requested the reporter's record. Because appellant filed a motion for new trial, that record was initially due September 13, 2019. Court reporter Antoinette Varela filed an extension request which we granted, making the reporter's record due October 16, 2019. Now before the Court is court reporter Antoinette Varela's October 17, 2019 second request for an extension of time to file the reporter's record.

We **GRANT** the request and **ORDER** the reporter's record due by November 15, 2019. We caution Ms. Varela that the failure to file the reporter's record by that date may result in the Court taking whatever action it deems necessary and appropriate to ensure this appeal proceeds

in a timely fashion which may include ordering Ms. Varela not sit until the reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jennifer Edgeworth, Presiding Judge, 219th Judicial District Court; the Honorable Tom Nowak, Presiding Judge, 366th Judicial District Court; Antoinette Varela; official court reporter, 366th Judicial District Court; and counsel for all parties.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE